

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00216-CV

**2008 LEXUS GX470**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2021W0676
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

On July 5, 2022, we struck appellant Sean Foxx's brief for failure to comply with requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4, 9.5, 38.1. We ordered appellant to file an amended brief that fully complies with the applicable rules. *See id.* Appellant timely filed an amended brief, but it does not fully comply with the applicable rules. For example, the brief does not include citations to the record with page numbers for either the clerk's or reporter's records. We recognize appellant is acting pro se on appeal, but "a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677 (Tex. App.—Dallas 2004, pet. denied). Nevertheless, despite the amended brief's defects, we do not order appellant to file a second amended brief. However, the submission panel may determine that appellant has waived one or more issues due to inadequate briefing if the deficiencies are not corrected prior to submission. *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (briefing waiver).

Appellee's brief is due on August 12, 2022. *See* TEX. R. APP. P. 38.6(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.



Michael A. Cruz,
Clerk of Court